**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

CHRISTOPHER WHITLOCK,
    Plaintiff,

vs.

**Case No.: 1:18-cv-844(TSE/JFA)**

AMERICAN EXPRESS BANK

    Defendant

## VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff, Christopher Whitlock, by and through his counsel, hereby voluntarily dismisses the action against the Defendant, American Express Bank, with prejudice. The parties have resolved the matter by compromise. The Defendant has not yet filed an Answer or responsive pleading, thus no further action of the court is required. This matter stands dismissed.

RESPECTFULLY SUBMITTED,

By:   */s/*
    Susan M. Rotkis
    VSB #40693
    **Consumer Litigation Associates, P.C.**
    763 J. Clyde Morris Blvd. 1-A
    Newport News, VA 23601
    Tel: 757-930-3660

Fax: 757-930-3662
srotkis@clalegal.com
*Attorney for Plaintiff,*
*Christopher Whitlock*