UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

CHRISTOPHER WHITLOCK,
Plaintiff,

vs.

Case No.: 1:18-cv-844(TSE/JFA)

AMERICAN EXPRESS BANK

Defendant

## VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff, Christopher Whitlock, by and through his counsel, hereby voluntarily dismisses the action against the Defendant, American Express Bank, with prejudice. The parties have resolved the matter by compromise. The Defendant has not yet filed an Answer or responsive pleading, thus no further action of the court is required. This matter stands dismissed.

RESPECTFULLY SUBMITTED,

So Ordered 9/17/18

T. S. Ellis, III
United States District Judge

By: /s/
Susan M. Rotkis
VSB #40693
Consumer Litigation Associates, P.C.
763 J. Clyde Morris Blvd. 1-A
Newport News, VA 23601
Tel: 757-930-3660